

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2020

No. 04-19-00858-CV

**SOUTHCROSS CCNG TRANSMISSION, LTD.**,
Appellant

v.

Ivy **GONZALEZ** on behalf of M.R. and M.N. Gonzalez, minor children; Amy Gonzalez, as co-representative of the estate of Jesus Gonzalez, Jr. for and on behalf of M.R. Gonzalez and M.N. Gonzalez, minor children; and Amy Gonzalez and Jesus Gonzalez., Sr.,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-18-82 and DC-18-83
Honorable Baldemar Garza, Judge Presiding

# O R D E R

Previously, this court granted Petitioner Southcross CCNG Transmission Ltd.'s unopposed motion for a thirty-day extension of time to file a reply to Respondents' response until February 18, 2020. *See* TEX. R. APP. P. 28.3(f).

Before the once-extended due date, Petitioner filed an unopposed second motion for a ten-day extension of time to file the reply. Petitioner's motion is GRANTED; the reply must be filed with this court by February 28, 2020. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court